## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALLIED AMERICAN ADJUSTING COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 07-0468-CG-B ) |
| JIMMIE N. FAIR, et al., | ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal (Doc.72), and Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED** that <u>all</u> claims in the above-styled action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 4th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE